UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE, FLORIDA

SEXTON, INC.,                                          CASE NO.

     Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

     Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, Safeco Insurance Company of America and First National Insurance Company of America ("Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. § 1411 *et. seq.*, hereby remove the cause of action now pending in the Circuit Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, styled *Sexton, Inc. v. Safeco Insurance Company of America and First National Insurance Company of America*, Case Number 31 2010 CA 074601, to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendants respectfully state:

    1.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

    2.    This is a civil action brought against Defendants by Plaintiff, Sexton, Inc., who seeks to recover damages against Defendants. *See*, Complaint and Amended Complaint attached as Exhibit "A."

**The Parties Are Completely Diverse And Satisfy 28 U.S.C. § 1332.**

3.      At the time this action was commenced, at the present time, and at all times material to this action, Plaintiff was, and is, a Florida corporation with its principal place of business in Indian River County, Florida.

4.      At the time this action was commenced, at the present time, and at all times material to this action, the Defendant, Safeco Insurance Company of America, was, and is, a foreign corporation organized and existing under the laws of the State of Washington, with its principal place of business in Boston, Massachusetts.

5.      At the time this action was commenced, at the present time, and at all times material to this action, the Defendant, First National Insurance Company Of America, was, and is, a foreign corporation organized and existing under the laws of the State of Washington, with its principal place of business in Boston, Massachusetts.

6.      At no time have Plaintiff and either of the Defendants been citizens of the same state for purposes of this removal.

7.      Therefore, complete diversity exists between the parties in accordance with 28 U.S.C. § 1332.

**The Amount In Controversy Exceeds $75,000 and Satisfies Jurisdictional Requirements.**

8.      On September 23, 2010, Plaintiff filed an action against Defendants in the Circuit Court of the Nineteenth Judicial Circuit of the State of Florida, in and for Indian River County, Florida.  In the Complaint, Plaintiff alleged that Defendants breached the insurance contract by failing to make any payment for Plaintiff's covered property loss. *See*, Plaintiff's Complaint and Amended Complaint, ¶21, attached as Exhibit "A."

2

9.      The Complaint was sent to the Florida Department Of Financial Services ("DFS") which served Safeco Insurance Company Of America, *via* email, on October 14, 2010.  This Notice of Removal is timely filed within thirty (30) days after service of the Complaint.

10.      Plaintiff, through the DFS, served an Amended Complaint on First National Insurance Company on October 26, 2010.

11.      Defendants state, for jurisdictional purposes only, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

12.      Plaintiff did not state a specific dollar amount in its Amended Complaint but did provide correspondence detailing alleged damages of $413,584.25. *See*, Exhibit "B." Defendants have not paid anything on this matter as the deductible, $26,355.00, has exceeded the storm-related damage. *See*, Letter dated September 29, 2004 computing the deductible, attached as Exhibit "C." As a result, the net dispute is $387,229.25.

13.      Plaintiff's net demand of $387,229.25 meets the jurisdictional threshold of this Honorable Court exclusive of interest, cost and attorney's fees.

**Written Notice Of Removal Was Provided To Adverse Parties And The State Court.**

14.      Pursuant to 28 U.S.C. § 1446(d), Defendants provided written notice to all adverse parties and filed a copy of this Notice of Removal with the Clerk of the Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida. *See*, State Court Notice of Removal attached hereto as Exhibit "D."

15.    Copies of all process, pleadings and orders served upon Defendants and such other papers that are exhibits as required by 28 U.S.C. § 1446 are attached hereto as composite Exhibit "A."

WHEREFORE Defendants, Safeco Insurance Company of America and First National Insurance Company of America, prays that this Honorable Court exercise jurisdiction over this matter.

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

/s/JASON W. HOWELL
J. PABLO CACERES, ESQ.
Florida Bar No.:  131229
JASON W. HOWELL, ESQ.
Florida Bar No.: 0012581
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida  33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
Attorneys for Defendants

4

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2010, I presented the foregoing to the Clerk

of the Court for filing and uploading to the CM/ECF system.  I further certify that a true and

correct copy of the foregoing has been furnished this day U.S. mail to:

Stephen A. Marino, Jr.
Ver Ploeg & Lumpkin, P.A.
100 Southeast Second Street, 30th Floor
Miami, FL 33131

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP


/s/JASON W. HOWELL
J. PABLO CACERES, ESQ.
Florida Bar No.:  131229
JASON W. HOWELL, ESQ.
Florida Bar No.: 0012581
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida  33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
Attorneys for Defendants

# EXHIBIT A

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR INDIAN RIVER COUNTY,
FLORIDA

312010CA074601XXXXXX

CASE NO.

Assigned to: PAUL
KANAREK

SEXTON, INC.,

    *Plaintiff,*

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY,

    *Defendants.*

_____/

## SUMMONS

TO:   SAFECO INSURANCE COMPANY OF
      AMERICA
      By service upon:
      c/o Florida Chief Financial Officer as Registered Agent,
      Service of Process Section
      P.O. Box 6200
      Tallahassee, Florida 32314-6200

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

**Stephen A. Marino, Jr., Esq.**
**Randall S. Goldberg, Esq.**
**Ver Ploeg & Lumpkin, P.A.**
**100 S.E. Second Street**
**30th Floor**
**Miami, Florida 33131**
**(305) 577-3996**

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J.K. Barton

Clerk

By Deputy Clerk

9-23-10

Date

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR INDIAN RIVER COUNTY,
FLORIDA

312010CA074601XXXXXX

CASE NO.

Assigned to: PAUL
KANAREK

SEXTON, INC.,

    *Plaintiff,*

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY,

    *Defendants.*

_____/

## COMPLAINT

    Sexton, Inc. sues Safeco Insurance Company of America and First National Insurance Company (collectively, the "insurers") as follows:

### Nature of Action, Jurisdiction and Venue

1.    This is an action for breach of an insurance contract.

2.    This Court has jurisdiction over this action because the amount in controversy is more than $15,000.00, exclusive of costs, interests and attorneys' fees.

3.    Venue is proper in this Court because the insured property is located in Indian River County, Florida and all material events, including the insured loss and the insurers' breach of the insurance contract, took place in Indian River County, Florida.

Sexton, Inc. v. Safeco, et al.

## The Parties

4.     Sexton, Inc is a Florida corporation having its principal place of business in Indian River County, Florida.

5.     Safeco Insurance Company of America is a foreign corporation with its principal place of business in Seattle, Washington.  Safeco is licensed to conduct business in Florida and actively conducts the business of issuing insurance policies in Florida.

6.     First National Insurance Company is a foreign corporation with its principal place of business in Seattle, Washington.  First National is licensed to conduct business in Florida and actively conducts the business of issuing insurance policies in Florida.  Upon information and belief, First National issues and sells insurance policies on behalf of Safeco.

## Factual Allegations

7.     The insurers issued and deliver to Sexton a commercial property insurance policy bearing Policy No. 01-CD-136828-1 (the "Policy"), which was in effect at all material times.

8.     The Policy provided coverage to Sexton's property located at 1965 43rd Ave., Vero Beach, FL 32960 (the "Property")

9.     On or about September 4, 2004 Hurricane Frances made landfall in Florida causing property damage to the insured Property.

10.     Under the terms of the Policy, the damages caused by Hurricane Frances to the Property are a covered loss.

11.     Sexton promptly notified the insurers of its loss, which was assigned Claim No. 672238942015.

12.     Sexton suffered property damage to the insured Property in excess of the Policy's deductible.

2

94702_1                                                                                                                Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131  TEL. (305) 577-3996 FAX 577-3558

Sexton, Inc. v. Safeco, et al.

13.    The insurers, however, failed to make any payments to Sexton.

14.    The insurers ultimately denied the Claim on September 24, 2005.

15.    All conditions precedent to the bringing of this action have been performed, waived or have otherwise occurred.

16.    Due to the insurers' failure to pay Sexton's covered Claim, Sexton was compelled to retain the undersigned law firm to represent its interest in this matter and agreed to pay a reasonable fee for services rendered.

### Count I – Breach of Contract

17.    Sexton realleges paragraphs 1 through 16 as if stated herein.

18.    Enforceable Contract:  The Policy issued to Sexton by the insurers constitutes an enforceable contract under the laws of the State of Florida.

19.    The Policy was in full force and effect at the time of the loss on September 4, 2004.

20.    Duty:  The Policy obligated the insurers to perform certain duties, including to the duty to pay for Sexton's covered property loss.

21.    Breach:  The insurers, through its agents, servants and/or employees, breached its duties under the Policy by failing to make any payment for Sexton's covered property loss.

22.    Damages:  As a direct, foreseeable and proximate result of the insurers' breach of its duties under the Policy, Sexton has suffered and continues to suffer damages.

WHEREFORE, Sexton, Inc. demands judgment against Safeco Insurance Company of American and First National Insurance Company for damages, attorneys' fees and costs related to this action pursuant to Fla. Stat. §627.428, and any other relief the Court deems just, equitable and proper.

3

94702_1

Complaint

Sexton, Inc. v. Safeco, et al.

### Trial By Jury

Sexton, Inc. demands trial by jury of all issues so triable.

DATED this 21st day of September 2010.

<div style="margin-left: 40%;">

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street
30th Floor
Miami, FL  33131
(305) 577-3996
(305) 577-3558 *facsimile*

**Stephen A. Marino, Jr.**
Florida Bar No. 0079170
**Randall S. Goldberg**
Florida Bar No. 881171

</div>

4

Complaint



CORPORATION SERVICE COMPANY

# Notice of Service of Process

CHS / ALL
Transmittal Number: 8096063
Date Processed: 10/14/2010

| Primary Contact: | Mulu Asgehedom<br>Safeco Corporation<br>1001 4th Avenue<br>Floor 27th<br>Seattle, WA 98154-1101 |
|---|---|

| Entity: | Safeco Insurance Company Of America<br>Entity ID Number  2781189 |
|---|---|
| Entity Served: | Safeco Insurance Company of America |
| Title of Action: | Sexton, Inc. vs. Safeco Insurance Company of America |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court: | Indian River County Circuit Court, Florida |
| Case Number: | 312010CA074601XXXXXX |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 10/14/2010 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | FL Chief Financial Officer on 10/12/2010 |
| How Served: | Electronic SOP |
| Sender Information: | Randall S. Goldberg<br>305-577-3996 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR INDIAN RIVER COUNTY,
FLORIDA

CASE NO. 31 2010 CA 074601XXXXXX

SEXTON, INC.,

    *Plaintiff,*

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

    *Defendants.*

_____/

### SUMMONS

TO:   FIRST NATIONAL INSURANCE COMPANY OF AMERICA
      By service upon:
      c/o Florida Chief Financial Officer as Registered Agent,
      Service of Process Section
      P.O. Box 6200
      Tallahassee, Florida 32314-6200

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve
upon:

<div align="center">

Stephen A. Marino, Jr., Esq.
Randall S. Goldberg, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street
30th Floor
Miami, Florida 33131
(305) 577-3996
rgoldberg@vpl-law.com

</div>

(AMENDED

an answer to the Complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

        J.K. Barton

Clerk _____

By Deputy Clerk

October 18, 2010
Date

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR INDIAN RIVER COUNTY,
FLORIDA

CASE NO. 31 2010 CA 074601XXXXXX

SEXTON, INC.,

    *Plaintiff*,

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

    *Defendants*.

_____/

## AMENDED COMPLAINT

    Sexton, Inc. sues Safeco Insurance Company of America and First National Insurance Company of America (collectively, the "insurers") as follows:

### Nature of Action, Jurisdiction and Venue

1.    This is an action for breach of an insurance contract.

2.    This Court has jurisdiction over this action because the amount in controversy is more than $15,000.00, exclusive of costs, interests and attorneys' fees.

3.    Venue is proper in this Court because the insured property is located in Indian River County, Florida and all material events, including the insured loss and the insurers' breach of the insurance contract, took place in Indian River County, Florida.

CASE NO. 31 2010 CA 074601XXXXXX

### The Parties

4.     Sexton, Inc is a Florida corporation having its principal place of business in Indian River County, Florida.

5.     Safeco Insurance Company of America is a foreign corporation with its principal place of business in Seattle, Washington.  Safeco is licensed to conduct business in Florida and actively conducts the business of issuing insurance policies in Florida.

6.     First National Insurance Company of America is a foreign corporation with its principal place of business in Seattle, Washington.  First National is licensed to conduct business in Florida and actively conducts the business of issuing insurance policies in Florida.   Upon information and belief, First National issues and sells insurance policies on behalf of Safeco.

### Factual Allegations

7.     The insurers issued and deliver to Sexton a commercial property insurance policy bearing Policy No. 01-CD-136828-1 (the "Policy"), which was in effect at all material times.

8.     The Policy provided coverage to Sexton's property located at 1965 43rd Ave., Vero Beach, FL 32960 (the "Property")

9.     On or about September 4, 2004 Hurricane Frances made landfall in Florida causing property damage to the insured Property.

10.     Under the terms of the Policy, the damages caused by Hurricane Frances to the Property are a covered loss.

11.     Sexton promptly notified the insurers of its loss, which was assigned Claim No. 672238942015.

12.     Sexton suffered property damage to the insured Property in excess of the Policy's deductible.

2

95066_1
S039.100

Amended Complaint

13.     The insurers, however, failed to make any payments to Sexton.

14.     The insurers ultimately denied the Claim on September 24, 2005.

15.     All conditions precedent to the bringing of this action have been performed, waived or have otherwise occurred.

16.     · Due to the insurers' failure to pay Sexton's covered Claim, Sexton was compelled to retain the undersigned law firm to represent its interest in this matter and agreed to pay a reasonable fee for services rendered. ·

### Count I – Breach of Contract

17.     Sexton realleges paragraphs 1 through 16 as if stated herein.

18.     Enforceable Contract:  The Policy issued to Sexton by the insurers constitutes an enforceable contract under the laws of the State of Florida.

19.     The Policy was in full force and effect at the time of the loss on September 4, 2004.

20.     Duty:  The Policy obligated the insurers to perform certain duties, including to the duty to pay for Sexton's covered property loss.

21.     Breach:  The insurers, through its agents, servants and/or employees, breached its duties under the Policy by failing to make any payment for Sexton's covered property loss.

22.     Damages:  As a direct, foreseeable and proximate result of the insurers' breach of its duties under the Policy, Sexton has suffered and continues to suffer damages.

WHEREFORE, Sexton, Inc. demands judgment against Safeco Insurance Company of America and First National Insurance Company of America for damages, attorneys' fees and costs related to this action pursuant to Fla. Stat. §627.428, and any other relief the Court deems just, equitable and proper.

3

Ver Ploeg & Lumpkin, P.A., Attorneys at Law, 100 S.E. Second Street, Thirtieth Floor, Miami, Florida 33131   Tel. (305) 577-3996  Fax 577-3558

CASE NO. 31 2010 CA 074601XXXXXX

### Trial By Jury

Sexton, Inc. demands trial by jury of all issues so triable.

DATED this 7th day of October, 2010.

VER PLOEG & LUMPKIN, P.A.
100 S.E. Second Street
30th Floor
Miami, FL 33131
(305) 577-3996
(305) 577-3558 *facsimile*

**Stephen A. Marino, Jr.**
Florida Bar No. 0079170
**Randall S. Goldberg**
Florida Bar No. 881171

4

95066_1
S039.100

Amended Complaint



CORPORATION SERVICE COMPANY

# Notice of Service of Process

CHS / ALL
**Transmittal Number: 8135769**
**Date Processed: 10/26/2010**

Primary Contact:      Mulu Asgehedom
                      Safeco Corporation
                      1001 4th Avenue
                      Floor 27th
                      Seattle, WA 98154-1101

| | |
|---|---|
| **Entity:** | First National Insurance Company Of America<br>Entity ID Number  2781187 |
| **Entity Served:** | First National Insurance Company of America |
| **Title of Action:** | Sexton, Inc. vs. Safeco Insurance Company of America |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Indian River County Circuit Court, Florida |
| **Case Number:** | 31 2010 CA 074601XXXXXX |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 10/26/2010 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Chief Financial Officer on 10/22/2010 |
| **How Served:** | Electronic SOP |
| Sender Information: | Stephen A. Marino, Jr.<br>305-577-3996 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


10-69535

---

SEXTON, INC.,

PLAINTIFF(S),

VS.

SAFECO INSURANCE COMPANY OF AMERICA AND
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

DEFENDANT(S).

_____/

SUMMONS, AMENDED COMPLAINT

CASE #:  31 2010 CA 074601XXXXXX
COURT:  CIRCUIT COURT
COUNTY:  INDIAN RIVER
DFS-SOP#: 10-69535

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida. Said process was received in my office by MAIL on the 22nd day
of October, 2010 and a copy was forwarded by Electronic Delivery on the 26th day of October,
2010 to the designated agent for the named entity as shown below.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA
LYNETTE COLEMAN  (gbarber@cscinfo.com)
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

STEPHEN A. MARINO, JR.
VER PLOEG & LUMPKIN, P.A.
30TH FLOOR
100 SE SECOND STREET
MIAMI FL 33131

MDW

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

10-66453

SEXTON, INC.,

PLAINTIFF(S),

V.

SAFECO INSURANCE COMPANY OF
AMERICA AND FIRST NATIONAL INSURANCE
COMPANY,

DEFENDANT(S).

/

SUMMONS, COMPLAINT

CASE #:  312010CA074601XXXXXX
COURT:  CIRCUIT COURT
COUNTY:  INDIAN RIVER
DFS-SOP#: 10-66453

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida.  Said process was received in my office by MAIL on the 12th day
of October, 2010 and a copy was forwarded by Electronic Delivery on the 14th day of October,
2010 to the designated agent for the named entity as shown below.

> SAFECO INSURANCE COMPANY OF AMERICA
> LYNETTE COLEMAN  (gbarber@cscinfo.com)
> CORPORATION SERVICE COMPANY
> 1201 HAYS STREET
> TALLAHASSEE, FL 32301

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

STEPHEN A. MARINO
30TH FLOOR
100 S.E. 2ND STREET
MIAMI FL 33131

TSC

# EXHIBIT B

BRENTON N. VER PLOEG
R. HUGH LUMPKIN
STEPHEN A. MARINO, JR.
EILEEN L. PARSONS
JASON S. MAZER
CHRISTINA A. CUDAITIS
MEGAN C. MOORE
MICHAEL E. HUBER

RANDALL S. GOLDBERG
PERRY R. GOODMAN
DANYA J. PINCAVAGE
CAYLA B. TRUTENBACH
JEFFREY L. CRYDER
MATTHEW B. WEAVER
BRIAN S. JACOBSON
MARIA R. CALDERA
JONATHAN E. GOLD
ASHLEY B. HACKER
ROCHELLE N. WILLIS

ANDREW L. GORDON, OF COUNSEL
TAMARA D. MCKEOWN, OF COUNSEL

LAW OFFICES OF

## VER PLOEG & LUMPKIN, P.A.

100 S.E. SECOND STREET
THIRTIETH FLOOR
MIAMI FL 33131-2158
TELEPHONE (305) 577-3996
FACSIMILE (305) 577-3558
E-MAIL VPL-LAW@VPL-LAW.COM

1500 BANK OF AMERICA CTR.
390 NORTH ORANGE AVENUE
ORLANDO FL 32801
TELEPHONE (407) 380-9312

WEBSITE WWW.VPL-LAW.COM

November 9, 2010

**Via Facsimile**
813-281-0900

J. Pablo Cáceres, Esq.
Butler Pappas Weihmuller Katz Craig, LLP
777 S. Harbour Island Blvd.
Suite 500
Tampa, Florida 33602

Re:   Sexton, Inc. v. Safeco Insurance Company of America and First National
Insurance Company
Case No.: 312010CA074601XXXXXX

Dear Mr. Cáceres:

Enclosed please find documents detailing Sexton's damages for the insured location (Szechuan Palace located at 1965 43rd Ave., Vero Beach, Fla. 32960) totaling $413,584.25. They consist of Jack Murray's (the general contractor) incurred expenses and Sexton's cancelled checks evidencing payments for same.

Amounts not associated with the claimed loss were not included. These total $19,808.14 (reduced from check number 10248) and $76,974.20, which was included by Mr. Murray in his December 3, 2005 – April 28, 2006 list of incurred expenses.

Please let me know if you have any questions.

Sincerely,

Stephen A. Marino, Jr.

95815_1

SEXTON, INC.
SUMMARY OF INSURANCE CLAIMS PAYMENTS
07.26.10

| Item # | ck. no. | ck. date | amount | Szechuan | GTR | 3300 O.D. |
|---|---|---|---|---|---|---|
| 1 | 10081 | 12.29.04 | 21,911.20 | 21,911.20 | | |
| 2 | 10248 | 08.18.05 | 30,148.90 | 10,340.76 | 19,808.14 | |
| 3 | 10252 | 03.22.05 | 23,091.00 | | | 23,091.00 |
| 4 | 10375 | 05.26.05 | 4,062.00 | | 4,062.00 | |
| 5 | 10431 | 06.17.05 | 25,203.50 | | 25,203.50 | |
| 6 | 10432 | 06.21.05 | 36,584.92 | 36,584.92 | | |
| 7 | 10578 | 08.25.05 | 89,009.04 | 89,009.04 | | |
| 8 | 10830 | 12.20.05 | 45,000.00 | 45,000.00 | | |
| 9 | 10911 | 01.30.06 | 131,509.56 | 131,509.56 | | |
| 10 | 11139 | 05.10.06 | 79,228.77 | 79,228.77 | | |
| | | | 485,748.89 | 413,584.25 | 49,073.64 | 23,091.00 |

# EXHIBIT C

 **SAFECO**

SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES

First National Insurance Company of America Facility
Claims Examiner
22425 E Appleway Floor 1
Liberty Lake, WA 99019

Phone:   (800) 332-3226
             (509) 944-2694
Fax:      (888) 268-8840
www.safeco.com

Mailing address:
PO BOX 34700
Seattle, WA 98124

September 29, 2004

Sexton, Inc. Patio Restaurant Of Vero Beach, Inc.       CC:  SID BANACK INSURANCE
PO Box 1208
Vero Beach, FL 32961

Insured Name:        Sexton, Inc. Patio Restaurant Of Vero Beach, Inc.
Policy Number:       01CD136828
Loss Date:           September 4, 2004
Claim Number:        672238942015

Dear Ralph:

Our Field adjuster has completed his inspection of your building and damages. Our field adjuster
has estimated that your totals damages are $16,618.00.

Your policy has a 5% wind/hail deductible of $26,355.00,( $527,100 limit on the bldg. x 5% =
$26,355.00 deductible) which is greater than the amount of your claim.   Therefore, under the
terms of your policy, we are unable to make a payment to you.

If you have any questions regarding your claim, please feel free to contact us.  If you have any
further damages that you would wish us to consider please contact me at the number below.
Than you for letting us be of service to you in your time of need.

Sincerely,

First National Insurance Company of America

By Jeffrey J Anderson
Claims Examiner
(800) 332-3226        Ext: 522694
(509) 944-2694        Fax: (888) 268-8840
JEFFAN@SAFECO.COM

CA1749 /EF 4/01                                    ® A registered trademark of SAFECO Corporation.

# EXHIBIT D

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
IN AND FOR INDIAN RIVER COUNTY, FLORIDA

SEXTON, INC.,                                    CASE NO. 31 2010 CA 074601

      Plaintiff,

v.

SAFECO INSURANCE COMPANY OF
AMERICA and FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

      Defendants.
_____/

## CERTIFICATION OF NOTICE OF REMOVAL

To:    Clerk, 19th Judicial Circuit
       Indian River County Courthouse
       Post Office Box 1028
       Vero Beach, FL 32961

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal of the case of *Sexton, Inc. v.* **Safeco Insurance Company of America and First National Insurance Company of America,** filed in the Circuit Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, and bearing case number 31 2010 CA 074601, to the United States District Court for the Southern District of Florida, a copy of which is attached hereto

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP


J. PABLO CACERES, ESQ.
Florida Bar No.:  131229
JASON W. HOWELL, ESQ.
Florida Bar No.: 0012581
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for Defendants


## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Stephen A. Marino, Jr.
Ver Ploeg & Lumpkin, P.A.
100 Southeast Second Street, 30th Floor
Miami, FL 33131

by U.S. Mail and facsimile on November ___12___, 2010.


JASON W. HOWELL, ESQ.

2